**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| ALEJANDRO GOMEZ | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2:12-cv-02181-SHM-dkv |
| | ) | |
| | ) | |
| EARLY WARNING SERVICES, LLC | ) | |
| | ) | |
| Defendant | ) | |

**MOTION AND SUPPORTING MEMORANDUM FOR STATUS CONFERENCE**

Defendant Early Warning Services, LLC ("Early Warning Services") respectfully moves this Court for a status conference as follows:

**ARGUMENT**

This lawsuit was removed from Shelby County General Sessions court to this Court on the basis of federal question jurisdiction on March 5, 2012. (Dkt. #1). Following removal, Early Warning Services filed a Motion for More Definite Statement on March 9, 2012 because the local practice in the Shelby County General Sessions court merely required Mr. Gomez to set out the basis of his lawsuit in a single sentence on a Civil Warrant form. (Dkt. #5). More than six months have passed without a response from Mr. Gomez, however.

Therefore, Early Warning Services moves this Court for a status conference in order to work toward resolution of this matter.

        Respectfully submitted,

        s/ Kavita G. Shelat
        Maurice Wexler (#7980)
        Jay A. Ebelhar (#22770)
        Kavita Goswamy Shelat (#29388)
        BAKER, DONELSON, BEARMAN,
          CALDWELL & BERKOWITZ, P.C.
        165 Madison Avenue, Suite 2000
        Memphis, Tennessee 38103
        Telephone: 901.577.8120
        Fax: 901.577.0867
        Email: jebelhar@bakerdonelson.com
              kshelat@bakerdonelson.com

*Attorneys for Early Warning Services, LLC*

## CERTIFICATE OF CONSULTATION

On September 18th and September 19th, 2012, counsel for Early Warning Services, Kavita G. Shelat, made four phone calls to Mr. Gomez in an attempt to confer with him about this Motion. Ms. Shelat was unable to reach Mr. Gomez or to leave a voice message for him.

        s/ Kavita G. Shelat

## CERTIFICATE OF SERVICE

I hereby certify that this Motion will be served electronically through the Court's CM/ECF system or by first class mail on September 20, 2012 to:

Alejandro Gomez
919 Spanish Trail Lane
Cordova, TN 38018

        s/ Kavita G. Shelat