UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**ALEJANDRO GOMEZ,**

    **Plaintiff,**

VS.                                                     NO. 12-2181-Ma

**EARLY WARNING SERVICES, LLC,**

    **Defendant.**

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed in accordance with the Order, docketed October 25, 2013, adopting the magistrate judge's Report and Recommendation.

**APPROVED:**

*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*October 25, 2013*                           THOMAS M. GOULD
DATE                                                  CLERK

                                                                        *s/ Zandra Frazier*
                                                                       (By) DEPUTY CLERK